IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DR. AWANNA LESLIE and<br>BETTYE RICHARDSON,<br><br>    Plaintiffs,<br><br>v.<br><br>HANCOCK COUNTY BOARD OF<br>EDUCATION, GWENDOLYN REEVES,<br>ANTHONY GILCHRIST, DENISE<br>RANSOM, ANNIE INGRAM, AZZALEE<br>WILLIAMS-ASKEW, and PAMELA<br>LAWRENCE-INGRAM,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)<br>)  NO.  5:11-CV-497-MTT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT HANCOCK COUNTY SCHOOL DISTRICT'S
RENEWED MOTION TO DISMISS FOLLOWING THE DECISION
OF THE ELEVENTH CIRCUIT COURT OF APPEALS**

COMES NOW the Hancock County School District ("School District"), the only remaining Defendant in the case following the decision of the Eleventh Circuit Court of Appeals, and renews its motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The School District contends that it is entitled to dismissal of the lawsuit on the grounds that the decision of the Eleventh Circuit precludes this Court from finding that Plaintiffs' speech was protected by the First Amendment of the United States Constitution.  Accordingly, Plaintiffs have failed to state a claim, pursuant to 42 U.S.C. 1983, for the violation of a constitutional right.  The grounds for this motion are more fully explained in the brief accompanying this motion.

Respectfully submitted this 23rd day of August, 2013.

**HARBEN, HARTLEY & HAWKINS, LLP**

*/s/ Phillip L. Hartley*
Phillip L. Hartley
Georgia Bar No. 333987

Martha M. Pearson
Georgia Bar No. 569375

ATTORNEYS FOR DEFENDANT
HANCOCK COUNTY SCHOOL DISTRICT

Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
E-mail: phartley@hhhlawyers.com
E-mail: mpearson@hhhlawyers.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DR. AWANNA LESLIE and BETTYE RICHARDSON, | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION FILE |
| v. | ) ) NO. 5:11-CV-497-MTT |
| HANCOCK COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2013, I electronically filed the *Defendant Hancock County School District's Renewed Motion to Dismiss Following the Decision of the Eleventh Circuit Court of Appeals* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Russell J. Edwards – russelljamesedwards@gmail.com

**HARBEN, HARTLEY & HAWKINS, LLP**

*/s/ Phillip L. Hartley*
Phillip L. Hartley
Georgia Bar No. 333987

ATTORNEY FOR DEFENDANT
HANCOCK COUNTY SCHOOL DISTRICT

Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
E-mail: phartley@hhhlawyers.com